# EXHIBIT "A"

Case 2:20-cv-08746-VAP-PVC Document 1-1 Filed 09/23/20 Page 2 of 5 Page ID #:14

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Stephen Goorvitch

Electronically FILED by Superior Court of California, County of Los Angeles on 03/24/2020 11:31 AM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel, Deputy Clerk

1  *Law Offices of*
2  *ANDREW R. STEIKER*
   Bar #116265
3  11856 Balboa Blvd., #217
   Granada Hills, CA 91344
4  (818) 368-7001
5
6  Attorneys for Plaintiff, SUZANNE FURTIVO
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                  FOR THE COUNTY OF LOS ANGELES
10
11 SUZANNE FURTIVO,                )  Case No.:  20STCV11679
                                   )
12       Plaintiff,                )  COMPLAINT FOR PERSONAL
                                   )  INJURIES AND PROPERTY
13       vs.                       )  DAMAGES
                                   )
14 SWIFT TRANSPORTATION CO. OF     )  (Motor Vehicle Collision)
   ARIZONA, LLC, a Delaware LLC; MAULID )
15 ALI HUSSEIN; and DOES 1 through 20,  )  Unlimited Jurisdiction
   inclusive,                     )
16                                 )
17                                 )
         Defendants                )
18 _____)
19
20                         Plaintiff alleges:
21
22 1.      The true names or capacities, whether individual, corporate, associate or
23 otherwise, of defendants DOES 1 through 20, inclusive, are unknown to plaintiff who
24 therefore sues said defendants by such fictitious names.  Plaintiff is informed and
25 believes and thereon alleges that each of the defendants designated herein as a DOE is
26 negligently responsible in some manner for the events and happenings herein referred to,
27 and negligently caused injury and damages proximately thereby to the plaintiff as herein
28

1

COMPLAINT FOR PERSONAL INJURIES AND PROPERTY DAMAGES

alleged.

2. Plaintiff is, and at all times herein relevant was, a resident of the County of Los Angeles, State of California.

3. Plaintiff is informed and believes and thereon alleges, that Maulid Ali Hussein is, and at all times herein relevant was, a resident of the State of North Dakota, and the remaining individual defendants, and each of them, are, and at all times herein relevant were, residents of a state or states currently unknown to plaintiff.

4. Plaintiff is informed and believes and thereon alleges, that at all times herein relevant defendant Swift Transportation Co. of Arizona, LLC (hereinafter "Swift") was and still is an LLC organized and existing pursuant to the laws of the State of Delaware, authorized to do and doing business in the County of Los Angeles, State of California.

5. At all times herein mentioned each of the defendants was the agent and employee of each of remaining defendants and was at all times acting within the purpose and scope of said agency and employment, and with the knowledge, consent and ratification of each of the remaining defendants.

6. Plaintiff is informed and believes and thereon alleges that at all of the times material herein, defendants, Swift and Does 1 through 10, inclusive, and each of them, were the owners of the motor vehicle referred to in this complaint, and generally described as a truck.

7. Plaintiff is informed and believes and thereon alleges that all times mentioned herein, defendants, Maulid Ali Hussein and Does 11 through 20, inclusive, and each of them, were driving the aforedescribed motor vehicle with the consent and

COMPLAINT FOR PERSONAL INJURIES AND PROPERTY DAMAGES

permission and knowledge of defendants, Swift and Does 1 through 10 inclusive, and each of them.

8. At all times herein mentioned, 120th Street near Crenshaw Boulevard was a public street and highway in the City of Hawthorne, County of Los Angeles, State of California.

9. On or about May 19, 2018, plaintiff was a passenger in an automobile being operated along and upon 120th Street near Crenshaw Boulevard in said city, county and state.

10. At said time and place defendants, and each of them, so negligently entrusted, managed, maintained, leased, repaired, drove, and operated their said motor vehicle along and upon 120th Street near Crenshaw Boulevard, so as to proximately cause said motor vehicle to collide with the automobile in which plaintiff was a passenger and so as proximately thereby to cause the hereinafter described injuries and damages to plaintiff.

11. As a proximate result of the said negligence of defendants, and each of them, plaintiff was hurt and injured in plaintiff's health, strength and activity, sustaining injury to plaintiff's body and shock and injury to plaintiff's nervous system and person, all of which said injuries have caused and continued to cause plaintiff great mental, physical and nervous pain and suffering. Plaintiff is informed and believes, and thereon alleges, that said injuries will result in some permanent disability to the said plaintiff, all to plaintiff's general damage in a sum according to proof.

12. As a further proximate result of the said negligence of defendants, and each of them, plaintiff was required to and did employ physicians and surgeons to

examine, treat and care for plaintiff, and did incur medical and incidental expense in an amount according to proof.

13. As further proximate result of the said negligence of defendants, and each of them, plaintiff was prevented from attending to her usual occupation, and plaintiff is informed and believes, and thereon alleges, that plaintiff will thereby be prevented from attending to said usual occupation for a period in the future, and that plaintiff has sustained a loss of earning capacity, all according to proof at trial.

WHEREFORE, plaintiff prays for judgment against the Defendants, and each of them, for:

1. General damages in a sum according to proof;
2. All medical and incidental expenses according to proof;
3. All loss of earnings and diminished earning capacity according to proof;
4. All costs of suit; and
5. Such other and further relief as to this court may seem just and proper.

DATED: March 23, 2020          LAW OFFICES OF ANDREW R. STEIKER

                               BY: /s/ Andrew R. Steiker
                               ANDREW R. STEIKER
                               Attorneys for Plaintiff,
                               Suzanne Furtivo

4

COMPLAINT FOR PERSONAL INJURIES AND PROPERTY DAMAGES